# Court of Appeals
# of the State of Georgia

ATLANTA, May 10, 2022

*The Court of Appeals hereby passes the following order*

**A22I0170. R & O AGENCY, INC. d/b/a THE HENDERSON GROUP v. PROGRESSIVE MOUNTAIN INSURANCE COMPANY et al. .**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

18CV0396



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta, May 10, 2022.

   I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

   Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.